## EXHIBIT N

Letter from Menkes to Hon. Cecelia G. Morris with Affirmation of Engagement,
November 26, 2013

## SHERYL R. MENKES
## ATTORNEY AT LAW

325 Broadway
Suite 504
New York, NY 10007

(212) 285-0900

FAX (212) 658-9408

November 21, 2013

Hon. Cecelia G. Morris
Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004



RE: In re:
Saint Vincent's Catholic Medical Centers of
New York, et.al.
Case No.: 10-11963

Dear Judge Morris:

    I thank you for the courtesy extended in adjourning the hearing that was scheduled for November 19, 2013.

    Unfortunately I already have a matter scheduled for December 19, 2013 that has already been adjourned two times and cannot be adjourned again.

    The matter is a New York Mental Hygiene Article 81 Proceeding wherein I was appointed attorney for the Alleged Incompetent Person.

    I apologize for any inconvenience this may cause.

Respectfully,

Sheryl R. Menkes

CC:   Sarah Schultz
      Akin Gump Strauss Hauer & Feld, LLP
      1700 Pacific Avenue
      Suite 4100
      Dallas, TX 75201-4624

Gmail - urgent    https://mail.google.com/mail/u/0/?ui=2&ik=88bb62844a&view=pt&se...



Sheryl Menkes <menkeslaw@gmail.com>

## urgent
3 messages

---

**Sharon Eustaquio** <menkeslawasst@gmail.com>    Thu, Nov 21, 2013 at 11:01 AM
To: Sheryl <menkeslaw@gmail.com>

Sheryl,

Ms. Gasner is calling, she said the court is asking her if you're available on the 19th. On our calendar you're scheduled to prep Ms. Brister on the 19th for her EBT on the 20th. What should I tell Ms. Gasner, the court does not want this to be adjourned into January.

--
Sharon Eustaquio
Legal Assistant
Law Office of Sheryl R. Menkes, Esq.
325 Broadway, Suite 504
New York, New York 10007
Tel: (212) 285-0900
Fax: (212)658-9408

---

**Sheryl Menkes** <menkeslaw@gmail.com>    Thu, Nov 21, 2013 at 11:22 AM
To: Sharon Eustaquio <menkeslawasst@gmail.com>

I can prep brister in the afternoon so I can make it in the morning.

Sheryl Menkes, Esq.
Menkes Law Firm
325 Broadway, Suite 504
New York, NY 10007
Tel: (212) 285-0900
Fax: (212) 658-9408
[Quoted text hidden]

---

**Sharon Eustaquio** <menkeslawasst@gmail.com>    Thu, Nov 21, 2013 at 11:35 AM
To: Sheryl Menkes <menkeslaw@gmail.com>

Okay, I have informed Ms. Gasner of this and she said she will call us later on to confirm the date.
[Quoted text hidden]



Sheryl Menkes <menkeslaw@gmail.com>

## Heinemann and Balesteros

1 message

**Paganuzzi@aol.com** <Paganuzzi@aol.com>                                    Thu, Nov 21, 2013 at 1:21 PM
To: ariella.gasner@gmail.com, rgoeman@gmail.com, menkeslaw@gmail.com

This is to confirm that I have served and filed my reports as Court Evaluator in the above-referenced matters. The Court has acknowledged that my appearance is not required on December 19 or subsequent court dates. I have delivered the key to Ms. Ballesteros' house to her counsel, Robin Goeman, Esq. Please keep me advised as to the status and disposition of these matters. Thank you and best regards.

O. Stephen Paganuzzi, Jr.
331 Madison Avenue, 2nd floor
New York, New York 10017
Tel: (212) 883-5800
Fax: (646) 365-8771
Email: paganuzzi@aol.com

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.

FEDERAL TAX ADVICE DISCLAIMER   We are required by U. S. Treasury Regulations to inform you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------------------------------X
In the matter of the Application of MILTON NUSSBAUM,     INDEX NO.: 100111-
Administrator, THE HERITAGE REHABILITATION CENTER             2013
& HEALTH CARE CENTER

For the Appointment of a Guardian of the Person and/or     AFFIRMATION OF
Property of     ENGAGEMENT

         GUNTHER HEINEMANN,

A Person Alleged to be Incapacitated
----------------------------------------------------------------X

      SHERYL R. MENKES, an attorney duly licensed to practice law affirms the following under the penalties of perjury:

      1. I am Court appointed counsel for Gunther Heineman. A person alleged to be incapacitated.

      2. A hearing on this matter has been adjourned by the Court to December 19, 2011 at 9:30 am.

      3. This matter involves the rights of the person alleged to be incompetent to determine his own finances and health care, and as such involves Constitutional Issues.

      4. I therefore am not available to attend Bankruptcy Court for the determination of sanctions, if any, to be assessed against me, which is currently scheduled for that date.

Dated:     New York, New York
           November 22, 2013

                                                            *[signature]*
                                                            SHERYL R. MENKES, ESQ.