EXHIBIT Q

Order Imposing Sanctions, March 25, 2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
SAINT VINCENTS CATHOLIC MEDICAL                                  :    Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,[1]                                  :
                                                                 :
            Debtors.                                             :    Jointly Administered
                                                                 :
---------------------------------------------------------------- x

## ORDER IMPOSING SANCTIONS

### [RELATED DOCKET NOS. 3850, 3659, and 3626]

Upon the motion (the "**Motion**"),[2] of Eugene I. Davis, as trustee (the "**Liquidating Trustee**") of Saint Vincents Catholic Medical Centers of New York Liquidating Trust under the *Debtors' Second Amended Joint Chapter 11 Plan*, dated as of June 21, 2012 (the "**Plan**"), seeking entry of an order (i) enjoining the Plaintiff from taking any action to prosecute the State Court Action against the Debtor Defendants; (ii) declaring as void *ab initio* the State Court Action as against the Debtor Defendants; and (iii) awarding the Liquidating Trustee his costs and attorneys' fees incurred in connection with this Motion and other efforts to enforce the Plan Injunction, all as more fully set forth in the Motion; the Court having reviewed the Motion and the response filed to the Motion; having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "**Hearing**"); and having considered the evidence presented at, and subsequent to, the Hearing; the Court finding that (a) the Court

---

[1] In addition to SVCMC, the Debtors in these cases were as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc.; (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center; (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc. (collectively, the "**Debtors**"). There are certain affiliates of SVCMC who were not Debtors.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

79783

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and section 12.1 of the Plan; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the *Amended Standing Order M-431 of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York*, dated January 31, 2012 (Preska, Acting C.J.); and (c) notice of the Motion being sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules; and for the reasons set forth by the Court in its *Memorandum Decision Imposing Sanctions*, dated March 21, 2014 [Docket No. 3880], the findings of fact and conclusions of law of which are incorporated herein by reference;

IT IS HEREBY ORDERED THAT:

1. Sheryl R. Menkes shall pay the sum of $83,515.00 to the Liquidating Trustee within thirty (30) days from the date that this Order becomes effective.

2. This Order shall be stayed for fourteen (14) days from the date of entry of this Order.

3. The Court shall retain jurisdiction over any and all issues arising from or related to this Order.



Dated: March 25, 2014
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge

104979783