EXHIBIT B

DECEDENT'S DEATH CERTIFICATE

# THE CITY OF NEW YORK — VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

### CERTIFICATE OF DEATH

Certificate No. 156-10-023455

DATE FILED: JUNE 15, 2010 11:09 AM
NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**Place of Death**
- 2a. New York City
- 2b. Borough: Brooklyn
- 2c. Type of Place: Hospital Inpatient

**Date and Time of Death**
- 3a. Month: June, Day: 13, Year: 2010
- 3b. Time: 10:45 PM

1. DECEDENT'S LEGAL NAME: RONALD BROPHY
2e. Name of hospital or other facility: Metropolitan Jewish Health System
4. Sex: Male
5. Date last attended by a Physician: JUN-14-2010

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

Name of Physician: Bernard Lee MD
Signature: Bernard Lee
License No.: 224025

Address: 6323 7th Avenue, Brooklyn, New York 11220

7a. Usual Residence State: New York
7b. County: Kings
7c. City/Town: Brooklyn
Street and Number: 260 65th Street
ZIP Code: 11220

8. Date of Birth: December 20, 1931
9. Age at last birthday: 78
10. Social Security No.: 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

11a. Usual Occupation: Sales Clerk
11b. Kind of business or industry: Sales

13. Birthplace: Brooklyn, New York
14. Education: Some college credit, but no degree

15. Ever in U.S. Armed Forces: No
16. Marital Status at time of death: Married
17. Surviving Spouse: Waltraud Kokall

19. Mother's Maiden Name: Alice Miller
18. Father's Name: Stephen Brophy

20a. Informant's Name: Waltraud Brophy
20b. Relationship to Decedent: Spouse
20c. Address: 260 65th Street, Brooklyn, New York 11220

21a. Method of Disposition: Cremation
21b. Place of Disposition: Rosehill Crematory
21c. Location of Disposition: Linden, New Jersey
21d. Date of Disposition: 06-15-2010

22a. Funeral Establishment: Crestwood Memorial Chapel, Inc.
22b. Address: 199 Bleecker Street, New York, New York 10012

Signature Electronically Authenticated



This is to certify that this transcript bears the security features listed on the back. Reproduction, alteration of this transcript is prohibited by §3.21(b) of the New York City Health Code for the purposes is in violation of any provision of the Health Code or any other law. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon as no inquiry as to the facts has been provided by law.

DATE ISSUED: June 15, 2010  Order No.: 20100608829

Steven P. Schwartz, Ph.D., City Registrar