UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand and fourteen,

In the Matter of: Saint Vincents Catholic Medical Centers of New York,

        Debtor,

Elaine Garvy,

        Creditor - Appellant,

v.

Eugene I. Davis, Liquidating Trustee of the Saint Vincents Catholic Medical Centers of New York Liquidating Trust,

        Trustee - Appellee.

**ORDER**
Docket No. 14-2969

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 27, 2014

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

    The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/27/2014